UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Deborah C. Abraham, et al.    ) | |
|                      ) | |
|       Plaintiffs,      ) | |
|                      ) | CIVIL ACTION |
| v.                         ) | NO. 04-11714 GAO |
|                      ) | |
| Indevus Pharmaceuticals, Inc., et al.    ) | |
|                      ) | |
|       Defendants.     ) | |
|                      ) | |

<u>NOTICE OF FILING WITH CLERK'S OFFICE</u>

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.

Dated:  August 6, 2004                   /s/ Janice W. Howe
                                       William A. McCormack  BBO #329580
                                       Janice W. Howe BBO #242190
                                       David Yamin BBO #562216
                                       Bingham McCutchen LLP
                                       150 Federal Street
                                       Boston, MA  02110
                                       (617) 951-8000
                                       *Counsel for Defendants Wyeth and*
                                       *Wyeth Pharmaceuticals, Inc.*