# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                          SUPERIOR COURT DEPARTMENT
                                        CIVIL ACTION NO. 04-1704


ABRAHAM ET AL,
        Plaintiff,

v.

INDEVUS PHARMACEUTICALS, INC.,
        Defendant,


## REMOVAL TO U.S. DISTRICT COURT

# Commonwealth of Massachusetts
## SUPERIOR COURT DEPARTMENT
## THE TRIAL COURT
## CAMBRIDGE

MICV 2004-01704

I, Karen O'Connor, Deputy Assistant Clerk of the Superior Court, within and for said County of Middlesex, do certify that the annexed papers are true copies made by photographic process of pleadings entered in the Superior Court on the April 21, in the year of our Lord Two Thousand Four.



In testimony whereof, I hereunto set my hand and affix the seal of said Superior Court, at Cambridge, in said County, this August 5, in the year of our Lord Two Thousand Four.

_____Karen A. O'Connor_____
Deputy Assistant Clerk

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

## MICV2004-01704
### Abraham et al v Indevus Pharmaceuticals, Inc., f/k/a et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 04/21/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 08/05/2004 | Session | Q - Cv Clerk's Office(Camb) | | |
| Origin | 1 | Case Type | B05 - Products liability | | |
| Lead Case | | Track | A | | |
| Service | 07/20/2004 | Answer | 09/18/2004 | Rule12/19/20 | 09/18/2004 |
| Rule 15 | 07/15/2005 | Discovery | 06/10/2006 | Rule 56 | 08/09/2006 |
| Final PTC | 12/07/2006 | Disposition | 04/21/2007 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Deborah C. Abraham
Active 04/21/2004

**Private Counsel 180200**
Michael P Friedman
Brickley Sears & Sorett
75 Federal Street
Boston, MA 02110
Phone: 617-542-0896
Fax: 617-426-2102
Active 04/21/2004 Notify

**Plaintiff**
Dorothy Beach
Active 04/21/2004

*** See Attorney Information Above ***

**Plaintiff**
James R. Benson
Active 04/21/2004

*** See Attorney Information Above ***

**Plaintiff**
Susan Block
Active 04/21/2004

*** See Attorney Information Above ***

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

## MICV2004-01704
### Abraham et al v Indevus Pharmaceuticals, Inc., f/k/a et al

| | |
|---|---|
| **Plaintiff**<br>Barbara L. Burns<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Keta Cassandra<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Jeanine Coghlan<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Sharron K. Coker<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Dina Marie Crum<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Linda J. Crump<br>Active 04/21/2004 | *** See Attorney Information Above *** |

MAS-20031124　　　　　　　　Case 1:04-cv-11714-GAO　　Document 4　　Filed 08/06/2004　　Page 5 of 8　　08/05/2004
johnson　　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　　　　　　　02:39 PM
　　　　　　　　　　　　　　　　　　　MIDDLESEX SUPERIOR COURT
　　　　　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　　　　　Civil Docket

# MICV2004-01704
# Abraham et al v Indevus Pharmaceuticals, Inc., f/k/a et al

| | |
|---|---|
| **Plaintiff**<br>Jessie Kirksey<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Grace D. Lindsay<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Helen Linzy<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Sally Martin<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Nicholette McRae<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Patricia L. Miller<br>Active 04/21/2004 | *** See Attorney Information Above *** |

MAS-20031124
johnson

Case 1:04-cv-11714-GAO   Document 4   Filed 08/06/2004   Page 6 of 8

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

08/05/2004
02:39 PM

## MICV2004-01704
## Abraham et al v Indevus Pharmaceuticals, Inc., f/k/a et al

| | |
|---|---|
| **Plaintiff**<br>Susan G. Miller<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Charlene Moore<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Teresa L. Mundell<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>John Neverdowski<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Evelyn M. Ogan<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Donna K. Sago<br>Active 04/21/2004 | *** See Attorney Information Above *** |

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

## MICV2004-01704
### Abraham et al v Indevus Pharmaceuticals, Inc., f/k/a et al

| | |
|---|---|
| **Plaintiff**<br>Nanci L. Saulsberry<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Elizabeth W. Treadway<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Plaintiff**<br>Darnien Williams<br>Active 04/21/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Indevus Pharmaceuticals, Inc., f/k/a<br>Interneuron Pharmaceuticals, Inc<br>Served: 07/12/2004<br>Answered: 07/29/2004<br>Answered 07/29/2004 | **Private Counsel 632075**<br>Matthew J Matule<br>Skadden Arps Slate Meagher & Flom<br>1 Beacon Street<br>Boston, MA 02108<br>Phone: 617-573-4800<br>Fax: 617-573-4822<br>Active 07/30/2004 Notify |
| **Defendant**<br>Wyeth, Inc. f/k/a<br>American Home Products Corp.<br>Service pending 04/21/2004 | |
| **Defendant**<br>Wyeth Pharmaceuticals, Inc f/k/a<br>Wyeth-Ayerst Pharmaceuticals, Inc. A Division of<br>American Home<br>Service pending 04/21/2004 | |

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

## MICV2004-01704
### Abraham et al v Indevus Pharmaceuticals, Inc., f/k/a et al

| Defendant | Private Counsel 632075 |
|---|---|
| Boehringer Ingelheim Pharmaceuticals, Inc<br>Served: 07/08/2004<br>Answered: 07/28/2004<br>Answered 07/28/2004 | Matthew J Matule<br>Skadden Arps Slate Meagher & Flom<br>1 Beacon Street<br>Boston, MA 02108<br>Phone: 617-573-4800<br>Fax: 617-573-4822<br>Active 07/29/2004 Notify |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 04/21/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 04/21/2004 | | Origin 1, Type B05, Track A. |
| 07/20/2004 | 2.0 | SERVICE RETURNED: Indevus Pharmaceuticals, Inc., f/k/a(Defendant) 07/12/04 in hd, 99 Hayden Ave., Suite 200, Lexington, MA |
| 07/20/2004 | 3.0 | SERVICE RETURNED: Boehringer Ingelheim Pharmaceuticals, Inc(Defendant) 07/08/04 served, c/o CT Corporation Systems, One Commercial Plaza, Hartford, CT |
| 07/28/2004 | 4.0 | Ackowledgement of Service: Boehringer Ingelheim Pharmaceuticals, Inc and jury trial, Standard Set of Affirmative Defenses. |
| 07/29/2004 | 5.0 | Ackowledgement of Service: Indevus Pharmaceuticals, Inc., f/k/a and jury demand. |
| 08/05/2004 | 6.0 | Case REMOVED this date to US District Court of Massachusetts by Deft. Wyeth, formerly known as American Home Products Corporation and including defendant Wyeth Pharmaceuticals, Inc. (formerly known as Wyeth-Ayerst Pharmaceuticals, Inc.) |
| 08/05/2004 | | REMOVED TO U.S. DISTRICT COURT OF MASS. |